```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-                              07-CR-271(VEC)

                                                 ORDER
    CRAIG MCDUFFIE,
                             Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a hearing on Mr. McDuffie's alleged violation of the conditions of his supervised release is scheduled for **Thursday, February 4, 2021, at 2:00 P.M.**;

       IT IS HEREBY ORDERED that due to the rising number of COVID-19 cases in New York City, the Court prefers to hold the hearing by video conference using Skype video. The parties will be emailed a Skype video link separately a few days before the hearing. Defense counsel is responsible for forwarding the Skype video link to Mr. McDuffie. Any interested members of the public may listen to the proceeding remotely by dialing 1-917-933-2166 and using the conference ID number 23319599. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

       IT IS FURTHER ORDERED that Mr. McDuffie must either notify the Court that he does not consent to appearing by way of video or file a waiver of in person appearance by no later than **Thursday, January 28, 2021**.

**SO ORDERED.**

Date:  January 22, 2021
         New York, NY
                                                               **VALERIE CAPRONI**
                                                               **United States District Judge**