USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
      -against- : 07-CR-271(VEC)
:
: <u>ORDER</u>
:
CRAIG MCDUFFIE, :
                     Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a hearing on Mr. McDuffie's alleged violation of the conditions of his supervised release is scheduled for Thursday, February 4, 2021, at 2:00 P.M., Dkt. 32;

      WHEREAS due to the high number of COVID-19 cases in New York City, the Court prefers to hold the by video conference using Skype video, Dkt. 32;

      WHEREAS on January 28, 2021, Mr. McDuffie filed a waiver of in person appearance and agreed to appear via video at the hearing, Dkt. 34; and

      WHEREAS on January 28, 2021, Probation Officer Sandra Osman forwarded to the Court a financial affidavit signed by Mr. McDuffie;

      IT IS HEREBY ORDERED that upon review of Mr. McDuffie's financial affidavit and his ability to pay, the Court finds he is eligible for an attorney without payment. The Court hereby authorizes the appointment of Deveraux Cannick to represent Mr. McDuffie in these proceedings.

      IT IS FURTHER ORDERED that the hearing will be held by video conference using Skype video. The parties will be emailed a Skype video link separately a few days before the hearing. Defense counsel is responsible for forwarding the Skype video link to Mr. McDuffie. Any interested members of the public may listen to the proceeding remotely by dialing 1-917-

933-2166 and using the conference ID number 23319599.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date:  January 29, 2021**
       **New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**