USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
:
-against-  :   07-CR-271(VEC)
:
:   ORDER
CRAIG MCDUFFIE,  :
                     Defendant.  :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a hearing in this matter is currently scheduled for Thursday, March 25, 2021, at 11:00 A.M.;

       WHEREAS the U.S. Probation Office informed the Court that Mr. McDuffie has recently traveled to the Virgin Islands; and

       WHEREAS the Southern District of New York prohibits entry to the courthouse for persons who have traveled in the past 10 days to New York from a U.S. territory, *see* Standing Order 21-MC-164;

       IT IS HEREBY ORDERED that the hearing in this matter is adjourned to **Tuesday, March 30, 2021 at 2:00 P.M.**

       IT IS FURTHER ORDERED that the hearing will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

       IT IS FURTHER ORDERED that an updated report from the U.S. Probation Office must be emailed to Chambers and shared with the parties by no later than **Friday, March 26, 2021.**

       IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire

and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that interested members of the public may attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 0271.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date:  March 23, 2021**
**New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.