

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2021

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

March 24, 2021

**VIA ECF**
Honorable Judge Valerie Caproni
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  **United States v. Craig McDuffie**
     Case No.: 1:07-cr-00271-VEC

Dear Honorable Judge Caproni:

We have reviewed the Court's March 23rd, 2021 Order regarding the change of date for Mr. McDuffie's VOSR status conference. Inasmuch as it is scheduled as an in-person proceeding, we must respectfully request that the matter be adjourned to a date after April 12th, 2021. Please know that I am scheduled to be away from March 27th, 2021 to April 11th, 2021. My trip had been planned well in advance of the Court's order.

Thank you in advance for your consideration.

Very truly yours,

Deveraux L. Cannick

DLC/ad

---

The conference currently scheduled for Tuesday, March 30, 2021 is hereby adjourned to **Tuesday, April 13, 2021, at 11:00 A.M.**  The conference will be held in person.  For courtroom information and a description of the entry requirements to the Thurgood Marshall Courthouse, see the Court's Order at docket entry 37.
SO ORDERED.

_Valerie Caproni_         Date: March 24, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE